UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **LENER LENIN GUZMAN CHAVARRIA** | **CIVIL ACTION NO. 26-91-P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **SHAD RICE, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**MEMORANDUM ORDER**

On January 12, 2026, Petitioner filed a Habeas Petition (Doc. 1) and a Motion for Temporary Restraining Order (Doc. 2).  In his Habeas Petition, he challenges the legality of his detention and seeks declaratory and injunctive relief.  Petitioner asks the court to declare his detention unlawful and to immediately release him.  In the alternative, Petitioner seeks a bond hearing pursuant to 8 U.S.C. § 1226(a) within three days.

Petitioner's Motion for Temporary Restraining Order also seeks his immediate release or, alternatively, an order that a bond hearing pursuant to 8 U.S.C. § 1226(a) occur within three days.  On January 21, 2026, the court denied Petitioner's Motion for Temporary Restraining Order and referred the matter to the undersigned for an expedited briefing schedule (Doc. 4).

Accordingly, **IT IS ORDERED** that Respondents file an answer to the Habeas Petition (Doc. 1) within **21 days** of the date of this Order.  Petitioner shall have **seven days** to reply.

After the record is complete and delays have run, the court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate

an evidentiary hearing.  If no hearing is necessary, a Report and Recommendation will be issued without further notice.

THE CLERK IS INSTRUCTED to provide a copy of this Order to the Civil Chief in the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

THUS DONE AND SIGNED, in chambers, at Shreveport, Louisiana, on this the 20th day of March 2026.

Mark L. Hornsby
U.S. Magistrate Judge